UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
  §
HAIGHT, STEPHEN M. § Case No. 14-81230
HAIGHT, JEANNETTE M. §
  §
  §
        Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        U.S. Bankruptcy Clerk's Office
        Stanley J. Roszkowski U.S. Courthouse
        327 South Church Street
        Room 1100
        Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 07/08/2015 in Courtroom 3100,

        U.S. Courthouse
        327 South Church Street
        Rockford, IL  61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: /s/ Daniel M. Donahue_____
                                                                          Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
  §
HAIGHT, STEPHEN M.  §  Case No. 14-81230
HAIGHT, JEANNETTE M.  §
  §
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 25,000.00 |
| and approved disbursements of | $ 0.00 |
| leaving a balance on hand of[1] | $ 25,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 2,901.70 | $ 0.00 | $ 2,901.70 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 2,310.00 | $ 0.00 | $ 2,310.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 46.95 | $ 0.00 | $ 46.95 |
| Total to be paid for chapter 7 administrative expenses | | | $ 5,258.65 |
| Remaining Balance | | | $ 19,741.35 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,238.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 7,491.83 | $ 0.00 | $ 7,491.83 |
| 000002 | Quantum3 Group LLC as agent for | $ 1,780.60 | $ 0.00 | $ 1,780.60 |
| 000003 | PYOD, LLC its successors and assigns as | $ 2,393.39 | $ 0.00 | $ 2,393.39 |
| 000004 | PYOD, LLC its successors and assigns as | $ 3,899.07 | $ 0.00 | $ 3,899.07 |
| 000005 | PYOD, LLC its successors and assigns as | $ 673.46 | $ 0.00 | $ 673.46 |
| | Total to be paid to timely general unsecured creditors | | | $ 16,238.35 |
| | Remaining Balance | | | $ 3,503.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 19.95 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 3,483.05 .

    Prepared By: /s/ Daniel M. Donahue
    Trustee

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Stephen M Haight                                                    Case No. 14-81230-TML
Jeannette M Haight                                                  Chapter 7
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: ldixon            Page 1 of 2           Date Rcvd: Jun 18, 2015
                              Form ID: pdf006         Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2015.
db/jdb         #+Stephen M Haight,    Jeannette M Haight,    1916 Hutchins Avenue,    Rockford, IL 61104-1512
21809946       +AT&T Universal Card,    POB 6500,    Sioux Falls, SD 57117-6500
21809945       +Abidon,   c/o Mark A. Rouleau,    4777 East State Street,    Rockford, IL 61108-2273
21809947       +Bill Me Later,    POB 2394,    Omaha, NE 68103-2394
21809955      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Office Depot,    POB 183015,    Columbus, OH 43218)
21809952       +CSC Lobic (LOC),    POB 1577,    Coppell, TX 75019-1577
21809948       +Chase Amazon Card,    POB 15153,    Wilmington, DE 19886-5153
21809949       +Chase Card,    POB 15153,    Wilmington, DE 19850-5153
21809950       +Chase Home Finance,    POB 24696,    Columbus, OH 43224-0696
21809951       +Citi Card,   Box 6500,    Sioux Falls, SD 57117-6500
21809953       +Ginny's,    1112 7th Avenue,    Monroe, WI 53566-1364
21809954        Monroe and Main,    1112 7th Avenue,    Monroe, WI 53566-1364
21809956       +One Main Financial,    1391 West Lane,    Machesney Park, IL 61115-1621
21809957       +Pier 1,   POB 659617,    San Antonio, TX 78265-9617
21809959       +Seventh Avenue,    1112 7th Avenue,    Monroe, WI 53566-1364
21809960       +Target Card,    POB 59317,    Minneapolis, MN 55459-0317
21809962       +Through The Country Door,    1112 7th Avenue,    Monroe, WI 53566-1364

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22668986        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 19 2015 00:51:52
                 American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                 Oklahoma City, OK   73124-8866
22845976       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 19 2015 00:51:58
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
22718729        E-mail/Text: bnc-quantum@quantum3group.com Jun 19 2015 00:55:43
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
21809958       +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2015 00:51:31      Sam's Club/GECRB,    POB 530942,
                 Atlanta, GA 30353-0942
                                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21809961      ##+The Home Depot Card,    POB 653000,    Dallas, TX 75265-3000
                                                                                    TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2015                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2015 at the address(es) listed below:
              Carole J. Ryczek    on behalf of U.S. Trustee Patrick S Layng carole.ryczek@usdoj.gov
              Daniel Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com,
               ddonahue@ecf.epiqsystems.com
              Daniel Donahue    ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com

```
District/off: 0752-3          User: ldixon              Page 2 of 2             Date Rcvd: Jun 18, 2015
                              Form ID: pdf006           Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Gloria C  Tsotsos    on behalf of Creditor    JPMorgan Chase Bank, National Association
           nd-two@il.cslegal.com
          James E Stevens    on behalf of Debtor Stephen M Haight jimstevens@bslbv.com
          James E Stevens    on behalf of Joint Debtor Jeannette M Haight jimstevens@bslbv.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 7
```