UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
HAIGHT, STEPHEN M. § Case No. 14-81230
HAIGHT, JEANNETTE M. §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 20,000.00 *(Without deducting any secured claims)* | Assets Exempt: 39,930.00 |
| Total Distributions to Claimants: 16,258.30 | Claims Discharged Without Payment: 0.00 |
| Total Expenses of Administration: 5,258.65 | |

3) Total gross receipts of $ 25,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,483.05 (see **Exhibit 2**), yielded net receipts of $ 21,516.95 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,258.65 | 5,258.65 | 5,258.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 16,238.35 | 16,238.35 | 16,258.30 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 21,497.00 | $ 21,497.00 | $ 21,516.95 |

    4)  This case was originally filed under chapter 7 on  04/17/2014 .  The case was pending for 16 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/14/2015                 By:/s/DANIEL M. DONAHUE
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance | 1229-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| STEPHEN M. HAIGHT | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 3,483.05 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 3,483.05** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE | 2100-000 | NA | 2,901.70 | 2,901.70 | 2,901.70 |
| MCGREEVY WILLIAMS | 3110-000 | NA | 2,310.00 | 2,310.00 | 2,310.00 |
| MCGREEVY WILLIAMS | 3120-000 | NA | 46.95 | 46.95 | 46.95 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,258.65 | $ 5,258.65 | $ 5,258.65 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 7,491.83 | 7,491.83 | 7,491.83 |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 2,393.39 | 2,393.39 | 2,393.39 |
| 000004 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 3,899.07 | 3,899.07 | 3,899.07 |
| 000005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 673.46 | 673.46 | 673.46 |
| 000002 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 1,780.60 | 1,780.60 | 1,780.60 |
| | AMERICAN INFOSOURCE LP AS AGENT FOR | 7990-000 | NA | NA | NA | 9.20 |
| | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7990-000 | NA | NA | NA | 8.56 |
| | QUANTUM3 GROUP LLC AS AGENT FOR | 7990-000 | NA | NA | NA | 2.19 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 16,238.35 | $ 16,238.35 | $ 16,258.30 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-81230 | TML | Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | HAIGHT, STEPHEN M. | | | Date Filed (f) or Converted (c): | 04/17/14 (f) |
| | HAIGHT, JEANNETTE M. | | | 341(a) Meeting Date: | 05/29/14 |
| For Period Ending: | 08/14/15 | | | Claims Bar Date: | 03/04/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 50,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash on hand | 30.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account | 400.00 | 0.00 | | 0.00 | FA |
| 4. Savings Account | 100.00 | 0.00 | | 0.00 | FA |
| 5. Household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 7. IRA | 1,100.00 | 0.00 | | 0.00 | FA |
| 8. 2008 Buick Lucerne | 3,000.00 | 0.00 | | 0.00 | FA |
| 9. 2004 Ford Taurus | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. 2000 Jeep | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. Inheritance (u) | Unknown | 25,000.00 | | 25,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $59,930.00 | $25,000.00 | | $25,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

Initial Projected Date of Final Report (TFR): 09/01/15    Current Projected Date of Final Report (TFR): 09/01/15

LFORM1    Ver: 18.05

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| Case No: | 14-81230 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | HAIGHT, STEPHEN M. | Bank Name: | BANK OF KANSAS CITY |
| | HAIGHT, JEANNETTE M. | Account Number / CD #: | *******0266  GENERAL CHECKING |
| Taxpayer ID No: | *******0983 | | |
| For Period Ending: | 08/14/15 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/28/15 | 11 | TD AMERITRADE CLEARING POB 2226 OMAHA, NE 68103 | INHERITANCE | 1229-000 | 25,000.00 | | 25,000.00 |
| 07/09/15 | 002001 | DANIEL M. DONAHUE | Trustee Compensation | 2100-000 | | 2,901.70 | 22,098.30 |
| 07/09/15 | 002002 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,310.00 | 19,788.30 |
| 07/09/15 | 002003 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 46.95 | 19,741.35 |
| 07/09/15 | 002004 | American InfoSource LP as agent for TD Bank, USA PO Box 248866 Oklahoma City, OK 73124-8866 | Claim 000001, Payment 100.1% | | | 7,501.03 | 12,240.32 |
| | | | Claim      7,491.83 | 7100-000 | | | |
| | | | Interest         9.20 | 7990-000 | | | |
| 07/09/15 | 002005 | Quantum3 Group LLC as agent for MOMA Funding LLC PO Box 788 Kirkland, WA 98083-0788 | Claim 000002, Payment 100.1% | | | 1,782.79 | 10,457.53 |
| | | | Claim      1,780.60 | 7100-000 | | | |
| | | | Interest         2.19 | 7990-000 | | | |
| 07/09/15 | 002006 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Claim 000003, Payment 100.1% | | | 2,396.33 | 8,061.20 |
| | | | Claim      2,393.39 | 7100-000 | | | |
| | | | Interest         2.94 | 7990-000 | | | |
| 07/09/15 | 002007 | PYOD, LLC its successors and assigns as assignee | Claim 000004, Payment 100.1% | | | 3,903.86 | 4,157.34 |

Page Subtotals        25,000.00        20,842.66

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 14-81230 -TML | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | HAIGHT, STEPHEN M. | | Bank Name: | BANK OF KANSAS CITY |
| | HAIGHT, JEANNETTE M. | | Account Number / CD #: | *******0266  GENERAL CHECKING |
| Taxpayer ID No: | *******0983 | | | |
| For Period Ending: | 08/14/15 | | Blanket Bond (per case limit): | $  1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><br>Claim         3,899.07<br>Interest          4.79 | | 7100-000<br>7990-000 | | | |
| 07/09/15 | 002008 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><br>Claim          673.46<br>Interest          0.83 | Claim 000005, Payment 100.1% | 7100-000<br>7990-000 | | 674.29 | 3,483.05 |
| 07/09/15 | 002009 | STEPHEN M. HAIGHT<br>JEANNETTE M. HAIGHT<br>1916 HUTCHINS AVENUE<br>ROCKFORD, IL  61104-1512 | Surplus Funds | 8200-002 | | 3,483.05 | 0.00 |

|  | COLUMN TOTALS | 25,000.00 | 25,000.00 | 0.00 |
|---|---|---|---|---|
|  | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 25,000.00 | 25,000.00 | |
|  | Less:  Payments to Debtors | | 3,483.05 | |
|  | Net | 25,000.00 | 21,516.95 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| GENERAL CHECKING - *******0266 | 25,000.00 | 21,516.95 | 0.00 |
| | 25,000.00 | 21,516.95 | 0.00 |

Page Subtotals       0.00        4,157.34

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 8)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 14-81230 -TML | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | HAIGHT, STEPHEN M. | | Bank Name: | BANK OF KANSAS CITY |
| | HAIGHT, JEANNETTE M. | | Account Number / CD #: | *******0266  GENERAL CHECKING |
| Taxpayer ID No: | *******0983 | | | |
| For Period Ending: | 08/14/15 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*